STATE v. ARRINGTON

No. 307P99

Case below: 133 N.C.App. 445

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 19 August 1999.

STATE v. BACON

No. 209A91-3

Case below: Onslow Superior Court

Motion by Attorney General to set aside order allowing defendant's motion to hold petition for writ of certiorari in abeyance allowed 19 August 199. Motion by defendant to supplement petition for writ of certiorari allowed 19 August 1999. Petition by defendant for writ of certiorari to review the order of the Superior Court, Onslow County denied 19 August 1999. Motion by defendant for summary reversal denied 19 August 1999. Motion by Attorney General for dismissal for untimely filing denied 19 August 1999.

STATE v. BATES

No. 145A91-4

Case below: Yadkin County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Yadkin County, denied 19 August 1999.

STATE v. BLOUNT

No. 284P99

Case below: 133 N.C.App. 445

Petition by defendant for writ of supersedeas denied 19 August 1999. Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 19 August 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 19 August 1999.